UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re GENZYME CORP. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. 1:09-cv-12170-GAO |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties that have appeared in this action hereby stipulate and agree that the action be, and hereby is, dismissed without prejudice and without costs or attorneys' fees to any party.

Respectfully Submitted,

Dated: April 13, 2011

GILMAN & PASTOR, LLP

By: /s/ David Pastor
David Pastor (BBO # 391000)
63 Atlantic Avenue, Third Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

BARROWAY TOPAZ KESSLER
 MELTZER & CHECK, LLP
Eric L. Zagar
Richard H. Kim
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for plaintiffs*

26543610_1

ROPES & GRAY, LLP

By: _____
John D. Donovan, Jr. (BBO # 130950)
Robert G. Jones (BBO # 630767)
Alison E.H. McLaughlin (BBO # 663060)
One International Place
Boston, MA 02110
Phone: (617) 951-7000
Fax: (617) 235-0394

*Counsel for Defendant Genzyme Corporation*

SKADDEN, ARPS, MEAGHER &
  FLOM LLP

By: _____
James R. Carroll (BBO# 554426)
Michael S. Hines (BBO# 643943)
One Beacon Street
Boston, MA 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

*Counsel for the Special Litigation
  Committee Defendants*

JONES DAY

By: _____
John D. Hanify (BBO# 219880)
Michael T. Marcucci (BBO# 652186)
100 High Street
22nd Floor
Boston, MA 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999

*Counsel for the Individual Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 13, 2010.

_____
John D. Donovan, Jr.

26543610_1